JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOLAN LEWIS, | No. CV 15-08756 JFW (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WILLIAM MOSSBROOKS, et al., | |
| Defendants. | |

On October 25, 2017 and October 26, 2017, this Court entered Orders granting in full the motions for summary judgment filed by Defendants Mabel Dea, Chad Joy, and David Shulkin, Secretary of Veterans Affairs, and granting, in part, the motions for summary judgment filed by Defendants William Mossbrooks and United States of America. [Docket Nos. 156, 157, 158, 159.] On November 7, 2017, the Court entered an Order, pursuant to the Stipulation of the parties, dismissing, with prejudice, Plaintiff's claims against Mossbrooks and the United States concerning his handcuffing. [Docket No. 162.]

/ / /

| | |
|---|---|
| 1 | The Court, having considered Defendants Mabel Dea's, Chad Joy's, William |
| 2 | Mossbrooks', David Shulkin's, and the United States of America's motions for |
| 3 | summary judgment, and the pleadings, evidence in support of an in opposition to |
| 4 | the motions, as well as the parties' Stipulation dismissing, with prejudice, |
| 5 | Plaintiff's claims against Defendants, and, in light of the Court's Orders granting |
| 6 | Defendants' motions for summary judgment [Docket Nos. 156, 157, 158, 159] and |
| 7 | the dismissing, with prejudice, Plaintiff's claims against Mossbrooks and United |
| 8 | States of America concerning his handcuffing [Docket No. 162]: |
| 9 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment |
| 10 | is entered in favor of Defendants Mabel Dea, Chad Joy, William Mossbrooks, |
| 11 | David Shulkin, Secretary of Veterans Affairs, and United States of America and |
| 12 | against Plaintiff Nolan Lewis on all claims. |
| 13 | This action is dismissed in its entirety with prejudice. |
| 14 | |
| 15 | DATED: November 16, 2017 |
| 16 | |
| 17 | UNITED STATES DISTRICT JUDGE |