Paul L. Hoffman, SBN 71244
John Washington, SBN 315991
Schonbrun Seplow Harris Hoffman & Zeldes LLP
11543 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiff.
NOLAN LEWIS, an individual.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN LEWIS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM MOSSBROOK; CHAD JOY; MABEL DEA; DAVID J. SHULKIN, in his official capacity as Secretary of Veterans Affairs; THE DEPARTMENT OF VETERANS AFFAIRS, a public entity; DOES 1-10; and THE UNITED STATES OF AMERICA<br><br>    Defendants. | CASE NO: CV 15-08756 MCS (Ex)<br><br>*Assigned to the Honorable Mark C. Scarsi*<br><br>**JOINT REPORT REGARDING THE RESULTS OF THE SETTLEMENT CONFERENCE** |

**TO THE HONORABLE COURT:**

Pursuant to this Court's December 22, 2020 order, Dkt. 195, the parties, by and through their respective counsel of record, hereby submit the following Joint Report Regarding the Results of the Settlement Conference.

Counsel for the parties, Jason Axe, Paul Hoffman, and John Washington, and Plaintiff Nolan Lewis participated in a settlement conference before Richard Copeland on January 26, 2021 at 9:00 AM. Counsel for the parties addressed their positions before Mr. Copeland separately, but the case did not settle.

Dated: February 2, 2021          SCHONBRUN SEPLOW
                                 HARRIS HOFFMAN & ZELDES LLP

                                 By: s/ John Washington
                                 Paul Hoffman
                                 John Washington
                                 Attorneys for Plaintiff Nolan Lewis

Dated:  February 2, 2021         TRACY L. WILKISON
                                 Acting United States Attorney
                                 DAVID M. HARRIS
                                 Assistant United States Attorney
                                 Chief, Civil Division
                                 JOANNE S. OSINOFF
                                 Assistant United States Attorney
                                 Chief, General Civil Section

                                  /s/ Jason K. Axe
                                         Per email authorization 2/2/21
                                 JASON K. AXE
                                 Assistant United States Attorney
                                 Attorneys for Defendants