JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM MOSSBROOKS, et al.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-08756 MCS (Ex)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

/ / /

/ / /

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees.

DATED: March 31, 2021

Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

SCHONBRUN SEPLOW
HARRIS & HOFFMAN, LLP

PAUL HOFFMAN, ESQ.
Attorneys for Plaintiff Nolan Lewis

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Jason K. Axe
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America